Timothy Luxurious X LLOYD, Petitioner–Appellant,

v.

Charles M. CONDON, Attorney General of South Carolina; South Carolina Department of Corrections; Barney S. Lloyd, Jr., Acting Warden, Respondents–Appellees.

No. 01–7465.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 8, 2001.

Decided Nov. 20, 2001.

Timothy Lloyd, pro se.

Before WILKINS, MICHAEL, and KING, Circuit Judges.

---

* The parties consented to the jurisdiction of a magistrate judge under 28 U.S.C. § 636(c) (2001).

PER CURIAM.

Timothy Luxurious X Lloyd seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Lloyd v. Condon,* No. CA–01–835–9–8RB (D.S.C. June 18, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*